## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PRIYANK BHARATBHAI PATEL,

  Plaintiff,

v.

                                   Case No. 1:22-cv-1210

UNITED STATES DEPARTMENT OF STATE, et al.

  Defendants.

### PROOF OF SERVICE PURSUANT TO FRCP 4(l)

      Plaintiff Priyank Bharatbhai Patel has effectuated service on each of the below-named Defendants and parties pursuant to certified mail, return receipt requested, pursuant to Fed. R. Civ. P. 4(i):

      U.S. Department of State: May 9, 2022

      U.S. Consulate General Mumbai, India: May 9, 2022

      Anthony Blinken, Secretary of State: May 9, 2022

      David J. Ranz, Consul General of the United States at the U.S. Consulate in General Mumbai, India: May 9, 2022

      Merrick Garland, Attorney General: May 10, 2022

      Matthew Graves, U.S. Attorney: May 10, 2022

**RESPECTFULLY SUBMITTED**
this May 13, 2022

*/s/ James O. Hacking, III*
James O. Hacking, III
MO Bar # 46728

Hacking Immigration Law, LLC
10900 Manchester Rd., Suite 203
Kirkwood, MO 63122
(O) 314.961.8200
(F) 314.961.8201
(E) jim@hackingimmigrationlaw.com

**ATTORNEYS FOR PLAINTIFF**