

May 13, 2022

Dear Josefina Chemello:

The following is in response to your request for proof of delivery on your item with the tracking number: **9415 5112 0254 0525 0062 03**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | May 10, 2022, 4:50 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| Recipient Name: | Attorney General  Merrick Garland |

| Shipment Details | |
|---|---|
| Weight: | 3.0oz |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



May 13, 2022

Dear Josefina Chemello:

The following is in response to your request for proof of delivery on your item with the tracking number: **9415 5112 0254 0525 0085 28**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | May 9, 2022, 6:12 am |
| **Location:** | WASHINGTON, DC 20521 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 9.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



May 13, 2022

Dear Josefina Chemello:

The following is in response to your request for proof of delivery on your item with the tracking number: **9415 5112 0254 0525 8333 35**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | May 10, 2022, 5:09 pm |
| Location: | WASHINGTON, DC 20003 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| Recipient Name: | U S Attorney  Matthew Graves U S  Attorney s Off |

| Shipment Details | |
|---|---|
| Weight: | 3.0oz |

### Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004